**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **GAIL A. GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Case No. 1:24-cv-00248-TRM-MJD |
| **MILLENNIA HOUSING MGMT LLC,** | ) | |
| **and MILLENNIA HOUSING DEV.** | ) | |
| **LTD.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Gail A. Griffin and Defendants Millennia

Housing Management LLC and Millennia Housing Development LTD submit this Joint Stipulation

of Dismissal with Prejudice. Each party agrees to bear their own costs and expenses.

DATED this 7th day of January 2026.

s/ *H. Eric Burnette*
Harry F. Burnette
H. Eric Burnette
Frank P. Pinchak
**BURNETTE, DOBSON & PINCHAK**
711 Cherry Street
Chattanooga, TN 37402
Email:  hburnette@bdplawfirm.com

*Attorneys for Plaintiff*

s/*Russell W. Jackson*
Russell W. Jackson* TN BPR No. 27322
Mark E. Stamelos TN BPR No. 021021
Emily E. Costanzo TN BPR No. 041447
(*Admitted *Pro Hac Vice*)
**FORDHARRISON LLP**
1715 Aaron Brenner Drive, Suite 200
Memphis, TN 38120
Telephone: (901) 291-1500
Facsimile: (901) 291-1501
Email:  mstamelos@fordharrison.com
          rjackson@fordharrison.com
          ecostanzo@fordharrison.com

*Attorneys for Defendant*